UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DIAZ,

                        Plaintiff,

            -against-

LOUIS LOPEZ, ET AL.,

                        Defendants.

MIGUEL DIAZ,

                        Plaintiff,

            -against-

HON. LEWIS LIMAN, ET AL.,

                        Defendants.

26 CIVIL 10731 (LTS)

25 CIVIL 10733 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 7, 2026, bar order, both actions are dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    May 8, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                        Chief United States District Judge